## Commonwealth *v.* Stocker, Appellant.

Argued December 11, 1969. *Stephen Robert LaCheen,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Taylor, Appellant.

Argued December 8, 1969. *Stanford Shmukler,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Brian E. Appel,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.